# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 1, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136336

BRIAN POTTER,
        Plaintiff-Appellant,

v

KRISTYN H. MURRY, M.D. and
HURON VALLEY RADIOLOGY, P.C.,
        Defendants-Appellees,

and

ST. JOSEPH MERCY HOSPITAL ANN
ARBOR, d/b/a TRINITY HEALTH-
MICHIGAN, RICHARD C. McLEARY, M.D.,
GARY AUGUSTYN, M.D., ROBERT
DOMEIER, D.O., and EMERGENCY
PHYSICIANS MEDICAL GROUP, P.C.,
        Defendants.
_____/

SC: 136336
COA: 262529
Washtenaw CC: 03-001226-NH

On order of the Court, the application for leave to appeal the March 20, 2008 judgment of the Court of Appeals is considered and, it is GRANTED, limited to the issue whether defendant Huron Valley Radiology, P.C. is a "health facility or agency" to which a plaintiff is required to provide notice under MCL 600.2912b(1). See MCL 333.20106(1).

The Michigan Association for Justice, Michigan Defense Trial Counsel, Inc., Michigan Health and Hospital Association, and Citizens for Better Care are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 1, 2008

Clerk

0924